STATE OF CONNECTICUT *v.* CONNECTICUT STATE
EMPLOYEES UNION INDEPENDENT, INC.

The plaintiff's petition for certification for appeal
from the Appellate Court, 46 Conn. App. 520 (AC 16320),
is denied.

*Robert A. Whitehead,* assistant attorney general, in
support of the petition.

*Jeffrey F. Gostyla,* in opposition.

Decided November 20, 1997

RICHARD TRAFTON *v.* JEFFREY CORREIA, AGENT
FOR GOVERNOR JOHN R. ROWLAND

The plaintiff's petition for certification for appeal
from the Appellate Court, 47 Conn. App. 905 (AC 16003),
is denied.

*Kevin B. Carroll,* in support of the petition.

Decided November 20, 1997

STATE OF CONNECTICUT *v.* PAUL MARCHITTO

The defendant's petition for certification for appeal
from the Appellate Court, 47 Conn. App. 901 (AC 16558),
is denied.

*Neal Cone,* assistant public defender, in support of
the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in oppo-
sition.

Decided November 20, 1997